THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Thomas Crocker, Appellant.
 
 
 

Appeal From Spartanburg County
Roger L. Couch, Circuit Court Judge
Unpublished Opinion No. 2009-UP-487
Submitted October 1, 2009  Filed October
 15, 2009Th    
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for
 Respondent.
 
 
 

PER CURIAM:  Thomas
 Crocker appeals his convictions and sentences for first degree criminal sexual
 conduct, first-degree burglary, and kidnapping.  Crocker argues the trial court
 erred in denying his motion for a directed verdict.  After a thorough review of the record, counsel's brief,
 and Crocker's pro se brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss the appeal and grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
HEARN,
 C.J., KONDUROS and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.